OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 16, 2015

Lorraine R. Baumgardner, Esq.
Andrew G. Crocker, Esq.
Fred T. Magaziner, Esq.
Scott R. McIntosh, Esq.
Anne Murphy, Esq.
J. Michael Murray, Esq.

RE: Free Speech Coalition v. Atty Gen USA
Case Number: 13-3681
District Case Number: 2-09-cv-04607

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Wednesday, December 09, 2015**. Counsel will be allotted **15 minutes** oral argument time for each side, pursuant to 3rd LAR 34.1 (a). Court will convene at **9:30 A.M.** and argument in this matter is scheduled in **The Albert Branson Maris Courtroom,** **(19th Floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA.)** Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

PAGE - 2 -                                              October 16, 2015

RE: Free Speech Coalition v. Atty Gen USA
Case Number: 13-3681
District Case Number: 2-09-cv-04607

Counsel should read the instructions for oral argument.  If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Patrick A. McCauley, Jr.*
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **SMITH, SCIRICA and RENDELL, Circuit Judges**