OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 27, 2015

Lorraine R. Baumgardner Esq.
Andrew G. Crocker Esq.
Fred T. Magaziner Esq.
Scott R. McIntosh Esq.
Anne Murphy Esq.
J. Michael Murray Esq.

RE: Free Speech Coalition v. Atty Gen USA
Case Number: 13-3681
District Case Number: 2-09-cv-04607

Dear Counsel:

The Court requests supplemental briefing addressing the applicability of *City of Renton v. Playtime Theatres, Inc.*, 475 U.S. 41 (1986), to this case. The supplemental briefs should be filed on or before **Friday, November 13, 2015**, and should not exceed fifteen, double-spaced pages in length.

When filing in CM/ECF, please select the **Motions, Responses & Replies** category and use the **Response** event. Hard copies are not necessary.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Tiffany J. Grier*
Tiffany L.Grier, Calendar Clerk
267-299-4905