**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 13-3681

Free Speech Coalition vs. Attorney General

Calendar Date: December 9, 2015   Location: Philadelphia

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: Anne Murphy

Designation of Arguing Counsel: Anne Murphy

Member of the Bar: ☑ Yes   ☐ No

Representing (check only one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☑ Appellee(s)   ☐ Amicus Curiae

Please list the name of the lead party being represented:

Attorney General of the United States

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)