OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

November 24, 2015

**\*AMENDED**

Lorraine R. Baumgardner Esq.
Andrew G. Crocker Esq.
Fred T. Magaziner Esq.
Scott R. McIntosh Esq.
Anne Murphy Esq.
J. Michael Murray Esq.

RE: Free Speech Coalition v. Atty Gen USA
Case Number: 13-3681
District Case Number: 2-09-cv-04607

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Wednesday, December 9, 2015**. Counsel will be allotted **15 minutes** oral argument time for each side, pursuant to 3rd Cir. LAR 34.1(a). Court will convene at **9:30 A.M.** and argument in this matter is scheduled in \***The Ceremonial Courtroom, (1st Floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA**). Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

Counsel should read the instructions for oral argument. If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Carmen M. Hernandez*
Carmen Hernandez
Calendar Team Coordinator
267-299-4952

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **SMITH, SCIRICA and RENDELL, Circuit Judges.**